**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WIT; et al.,<br><br>    Plaintiffs-Appellees,<br><br>LINDA TILLITT; MARY JONES,<br><br>    Intervenor-Plaintiffs-Appellees,<br><br> v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant-Appellant. | Nos. 20-17363<br>      21-15193<br><br>D.C. No. 3:14-cv-02346-JCS<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al.,<br><br>    Plaintiffs-Appellees,<br><br>MICHAEL DRISCOLL,<br><br>    Intervenor-Plaintiff-Appellee,<br><br> v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant-Appellant. | Nos. 20-17364<br>      21-15194<br><br>D.C. No. 3:14-cv-05337-JCS |

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO,[*] District Judge.

The memorandum disposition filed on March 22, 2022, is withdrawn and replaced with the concurrently filed opinion. The pending petition for panel rehearing and rehearing en banc [97], and amicus curiae motions [101, 105, & 112] are **DENIED** as moot. The court permits the parties to file subsequent petitions for panel rehearing and rehearing en banc.

---

[*] The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.